UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 23 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>TABIAS BRINSON, AKA Lil B, AKA<br>Young Boon Da Goer,<br><br>        Defendant-Appellant. | No.   22-10103<br><br>D.C. No. 5:18-cr-00140-EJD-1<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before:  Lisa B. Fitzgerald, Appellate Commissioner.

The motions (Docket Entry Nos. 3 & 4) of retained counsel Robert J. Beles, Esq., to withdraw and to appoint new counsel is, granted.  New counsel will be appointed by separate order.

In light of the district court's waiver of the imposition of a fine, appellant is provisionally granted in forma pauperis status.  Within 35 days after counsel is appointed, counsel must assist appellant in completing a financial affidavit (CJA Form 23) and file the completed affidavit with this court.

The Clerk will electronically serve this order on the appointing authority for the Northern District of California, who will locate appointed counsel.  The appointing authority is requested to send notification of the name, address, and

telephone number of appointed counsel to the Clerk of this court at

counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

Appellant must designate the reporter's transcript by June 27, 2022.  The

transcript is due July 27, 2022.  The opening brief and excerpts of record are due

September 6, 2022; the answering brief is due October 6, 2022; and the optional

reply brief is due within 21 days after service of the answering brief.

The Clerk will serve this order on former counsel and appellant individually:

PFN UMB278, Federal Reg. No. 24900-111, Santa Rita Jail, 5325 Broder Blvd.,

Dublin, CA 94568.

22-10103